A CERTIFIED TRUE COPY

ATTEST

By Dana Stewart on May 10, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Apr 23, 2010**

FILED
CLERK'S OFFICE

**IN RE: CHECKING ACCOUNT**
**OVERDRAFT LITIGATION**

MDL No. 2036

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-17)**

On June 10, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 626 F.Supp.2d 1333 (J.P.M.L. 2009).  Since that time, 40 additional actions have been transferred to the Southern District of Florida.  With the consent of that court, all such actions have been assigned to the Honorable James Lawrence King.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge King.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of June 10, 2009, and, with the consent of that court, assigned to the Honorable James Lawrence King.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 10, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida

by Gracie Gomez
Deputy Clerk

Date 05/12/2010

## SCHEDULE CTO-17 - TAG-ALONG ACTIONS

**DIST**. **DIV**. **C.A. #**            **CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC   2   10-2469~~          ~~Betty Orallo v. Bank of the West~~  Opposed 5/7/10

MASSACHUSETTS
   MA    1   10-10386       Eric Daniels v. Citizens Financial Group, Inc.

MISSOURI WESTERN
   MOW  4   10-328        Leslie J. Wolfegeher v. Commerce Bank, N.A.

OHIO NORTHERN
~~OHN   1   10-660~~          ~~Nicholas J. Benedetti v. Key Corp., et al.~~  Opposed 05/05/10

RHODE ISLAND
~~RI     1   10-163~~          ~~Michael L. Blankenship v. RBS Citizens, N.A., et al.~~  Opposed 5/7/10

TEXAS NORTHERN
~~TXN   3   10-326~~          ~~Delphia Simmons v. Comerica, Inc.~~  Opposed 5/10/10

WISCONSIN WESTERN
~~WIW  3   10-182~~          ~~Pamela Harris v. Associated Banc-Corp.~~  Opposed 5/10/10

**IN RE: CHECKING ACCOUNT**
**OVERDRAFT LITIGATION** MDL No. 2036

## PANEL SERVICE LIST (CTO-17)

Michael A. Caddell
CADDELL & CHAPMAN
1331 Lamar
Suite 1070
Houston, TX 77010-3027
**mac@caddellchapman.com**

James M. Crabtree
CRABTREE LAW OFFICE
13420 Santa Fe Trail Drive
Lenexa, KS 66215
**jmc-law@swbell.net**

Barry R. Davidson
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, FL 33131-3136
**bdavidson@hunton.com**

David Lawrence Ferguson
KOPELOWITZ & OSTROW FIRM PA
200 S.W. 1st Avenue
12th Floor
Fort Lauderdale, FL 33301
**ferguson@kolawyers.com**

Robert C. Gilbert
ALTERS BOLDT BROWN RASH
& CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
**bobby@abbrclaw.com**

Joseph P. Guglielmo
SCOTT & SCOTT LLP
500 Fifth Avenue
40th Floor
New York, NY 10110
**jguglielmo@scott-scott.com**

Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513
**laurence.hutt@aporter.com**

Geoffrey M. Johnson
SCOTT & SCOTT LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
**gjohnson@scott-scott.com**

Kellie M. Johnson
KANE RUSSELL COLEMAN & LOGAN PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201
**kellie.johnson@krcl.com**

Darren T. Kaplan
CHITWOOD HARLEY HARNES LLP
1230 Peachtree Street, NE
Promenade II, Suite 2300
Atlanta, GA 30309
**DKaplan@chitwoodlaw.com**

Richard D. McCune, Jr.
MCCUNEWRIGHT LLP
2068 Orange Tree Lane
Suite 216
Redlands, CA 92374
**rdm@mccunewright.com<rdm@mccunewright.com>**

Matthew W. O'Neill
FRIEBERT FINERTY & ST JOHN SC
Two Plaza East, Suite 1250
330 East Kilbourn Avenue
Milwaukee, WI 53202
**mwo@ffsj.com**

**MDL No. 2036 - Panel Service List (CTO-17) (Continued)**

Patrick J. Sheehan
WHATLEY DRAKE & KALLAS LLP
60 State Street
Seventh Floor
Boston, MA 02109
**psheehan@wdklaw.com**

Lisa Marie Simonetti
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067-3086
**lsimonetti@stroock.com**

Peter N. Wasylyk
LAW OFFICES OF PETER N WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
**pnwlaw@aol.com**

Douglas D. Winter
BALL LAW FIRM LLP
Figueroa Tower
10866 Wilshire Blvd.
Suite 1400
Los Angeles, CA 90024
**dwinter@ballawllp.com**

Melissa L. Zujkowski
ULMER & BERNE LLP
Skylight Office Tower
1660 West Second Street
Suite 1100
Cleveland, OH 44113
**mzujkowski@ulmer.com**